**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| JORDAN SHARP, | ) |
| | ) |
| vs. | ) Case No. 24-3068-CV-S-MDH |
| | ) |
| AGAPE BAPTIST CHURCH, INC., et al., | ) |

__  Jury Verdict.  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  Decision by Court.  This action came to determination before the Court. The issues have been determined and a decision has been rendered.

It is **THEREFORE ORDERED** Defendants' Motion for Summary Judgment is **GRANTED**. Summary judgement is hereby entered in favor of Defendants.

**IT IS SO ORDERED**.

October 15, 2025            Paige Wymore-Wynn
Date                                                      Clerk of Court


Entered on: October 14, 2025     s/Linda Howard
                                                     (By) Deputy Clerk